UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:21-CR-105-PPS-JEM |
| ) | |
| JACQUELINE BLAYLOCK WISNEWSKI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Martin relating to defendant Jacqueline Blaylock Wisnewski's agreement to enter a plea of guilty to Count I of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 40.] Following a hearing on the record on December 1, 2021 [DE 45], Judge Martin found that the defendant understands the charges, her rights, and the maximum penalties; that the defendant is competent to plead guilty; that there is a factual basis for the defendant's plea; that the defendant knowingly and voluntarily entered into her agreement to enter a plea of guilty; and that the defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Jacqueline Blaylock Wisnewski's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 45] in their entirety.

Defendant Jacqueline Blaylock Wisnewski is adjudged GUILTY of Count I of the Indictment.

The sentencing hearing is set for Tuesday, April 12, 2022 at 10:00 a.m. Hammond/Central time.

SO ORDERED on December 16, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT